IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| In re: | § | CHAPTER 13 |
| Peter Lamonte McFarlin, Sr. aka Peter | § | |
| Lamonte McFarlin and Ramona Karol | § | |
| McFarlin aka Ramona Karol Hendricks, | § | |
| Debtor(s) | § | Case No. 17-60434-mmp |

## STATEMENT IN RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE PAYMENT PURSUANT TO Fed.R.Bank.P. 3002.1(g)

U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE FOR BRACKENRIDGE MORTGAGE TRUST (hereinafter "Creditor") files the following statement in response to Chapter 13 Trustee, G. Ray Hendren's (hereinafter "Trustee") Notice of Final Cure Payment.

1. Creditor agrees that as of June 22, 2022 the Debtor has paid in full the pre-petition mortgage arrears of $9,261.54.
2. The Debtor is otherwise current and is next due for the July 1, 2022 ongoing post-petition mortgage payment.

Date: July 6, 2022

Respectfully submitted,

MACKIE WOLF ZIENTZ & MANN, P.C.
Parkway Office Center, Suite 900
14160 Dallas Parkway
Dallas, TX 75254
Phone: (214) 635-2650
Facsimile: (214) 635-2686
Email: rtipton@mwzmlaw.com

By: /s/ Randy Tipton
Randy Tipton (Bar No. 24039860)

Michael W. Zientz (Bar No. 24003232)
Jessica L. Holt (Bar No. 24078680)
Chelsea Schneider (Bar No. 24079820)
Ester Gonzales (Bar No. 24012708)
Randy Tipton (Bar No. 24039860)

17-000008-316-11

## Certificate of Service

A copy of this statement was served on the persons listed below, in the manner listed below on July 6, 2022.

By: /s/ Randy Tipton

Michael W. Zientz (Bar No. 24003232)
Jessica L. Holt (Bar No. 24078680)
Chelsea Schneider (Bar No. 24079820)
Ester Gonzales (Bar No. 24012708)
Randy Tipton (Bar No. 24039860)

Via Pre-Paid U.S. Mail:
**Peter Lamonte McFarlin, Sr Aka Peter Lamonte McFarlin**
**Ramona Karol McFarlin Aka Ramona Karol Hendricks**
151 Ella Lane
Elgin, TX 78621
Debtor(s)

Via ECF:
**Susan G. Taylor**
Law Office of Susan G. Taylor
1502 West Ave
Austin, TX 78701
Attorney for Debtor(s)

Via ECF:
**G. Ray Hendren**
4505 Spicewood Springs Rd
Ste. 205
Austin, TX 78759
13 Trustee

Via ECF:
**U.S. Trustee**
US Trustee
903 San Jacinto
Room 230
Austin, TX 78701

17-000008-316-11